McLAUGHLIN (BANK OF THE UNITED STATES v.). See Case No. 928.

---

## Case No. 8,871.

### McLAUGHLIN v. JOHNS.

[1 Cranch, C. C. 372.] 1

Circuit Court, District of Columbia. Dec. Term, 1806.

BAIL—IN CIVIL ACTION—AFFIDAVIT.

Affidavit of administratrix to hold to bail.

[This was a suit by McLaughlin's administratrix against Richard Johns.]

---

1 [Reported by Hon. William Cranch, Chief Judge.]

Affidavit of administratrix, "that the above account is truly extracted from the books of the deceased, and that she believes the same to be a just and true account, and that since the death of the intestate she has received no part thereof," held sufficient to hold to bail—(nem. con.).

